UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUIYU SHI,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO N. MAYORKAS et al.,<br><br>    Defendants. | Case No. 2:22-cv-05804-SB-MRW<br><br>ORDER TO SHOW CAUSE RE:<br>LACK OF PROSECUTION |

    Generally, a plaintiff must serve defendants within 90 days of the filing of their complaint.  *See* Fed. R. Civ. P. 4(m).  This matter was filed on August 12, 2022.  Dkt. No. 1.  More than 90 days have passed since the complaint in this case was filed, and Plaintiff has not filed a proof of service for any Defendant.  Plaintiff is ordered to show cause, in writing, no later than November 25, 2022, why this action should not be dismissed for lack of prosecution.

    The Court will consider as an appropriate response to this Order to Show Cause (OSC) the filing of proof of service showing that the Defendants were served within the 90-day period or a showing of good cause for extending the service period.  Failure to timely respond to this OSC will result in the dismissal without prejudice of the action in its entirety.

IT IS SO ORDERED.

Date: November 15, 2022

                                                                         Stanley Blumenfeld, Jr.
                                                                    United States District Judge