UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUIYU SHI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALEJANDRO N. MAYORKAS et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-05804-SB-MRW<br><br>ORDER TO SHOW CAUSE RE:<br>LACK OF PROSECUTION |

　　　　The complaint in this case was filed on August 12, 2022.  Dkt. No. 1.  On November 15, the Court issued an order to show cause why the action should not be dismissed for lack of prosecution because Plaintiff failed to timely file proof of service.  Dkt. No. 14.  Plaintiff responded by filing proof of service, dated August 26, 2022.  Dkt. No. 15.  The Court hereby DISCHARGES its November 15 order to show cause.

　　　　Generally, the United States, United States agencies, and United States officers and employees must answer a complaint within 60 days after service.  *See* Fed. R. Civ. P. 12(a)(2).  Plaintiff's belatedly filed proof of service indicates that because Defendants were served on August 26, 2022, a responsive pleading was due on October 25, 2022.  None has been filed, and Plaintiff has not sought entry of default or default judgment.  Plaintiff is ordered to show cause, in writing, no later than December 16, 2022, why this action should not be dismissed for lack of prosecution.

　　　　The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default under Rule 55(a).  No oral argument on this matter will be heard unless otherwise ordered by the Court.  See Fed. R. Civ. P. 78; Local Rule 7-15.

2

  Upon receipt of the remedy mentioned above, this Order to Show Cause will be automatically discharged without further order.  Failure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.

IT IS SO ORDERED.

Date: December 5, 2022          _____
                         Stanley Blumenfeld, Jr.
                         United States District Judge